# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1474
_____

AUGUSTA F. KENNEDY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

September 6, 2018

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Augusta F. Kennedy, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellee.